UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-04572-GW (ASx) | Date | September 25, 2017 |
|---|---|---|---|
| Title | Jitrade, Inc. v. Grand Distribution, Inc et al | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Charles A. Rojas | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On September 6, 2017, an Order to Show Cause for Lack of Prosecution was issued for the following reason: Motion for Default Judgment not filed with the Court.

Plaintiff was given until September 20, 2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

Initials of Preparer    CR